UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**SA05CR406**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO SAENZ,

    Defendant.

CRIM. NO. _____

## INFORMATION

[Vio: 18 U.S.C. § 924(o), Conspiracy to Use a Firearm in a Drug Trafficking Crime]

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. § 924(o)]

That from on or about January 1, 2000, until around August 18, 2004, in the Western District of Texas, Defendant,

RICARDO SAENZ,

did knowingly combine, conspire, confederate, and agree with others to violate Title 18, United States Code, Section 924(c), namely to use, carry, and possess at least one firearm during, in relation to, and in furtherance of a drug trafficking crime that may be prosecuted in a court of the United States, that is a conspiracy to distribute and to possess with the intent to distribute heroin and cocaine, in violation of Title 18, United States Code, Sections 924(c) and 924(o).

Respectfully submitted,

JOHNNY SUTTON
United States Attorney

By: _____
Joey Contreras
Assistant United States Attorney