UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CRIMINAL NO. SA-05-CR-406(1)-OG |
| | § | |
| RICARDO SAENZ, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND RECOMMENDATION

Pursuant to the referral by the district judge, the defendant, defendant's attorney, and the attorney for the government appeared before the undersigned magistrate judge on July 8, 2005, for the purpose of defendant's entry of a plea of guilty pursuant to defendant's written plea bargain agreement. At that time defendant entered a guilty plea to:

**count one** of the information charging defendant with conspiracy to use a firearm in a drug trafficking crime.

The magistrate judge addressed the defendant personally in open court, and, after assuring that defendant was competent to proceed and had consented to pleading guilty before a magistrate judge, admonished the defendant in accordance with Rule 11, FED.R.CRIM.P., of the nature of the charge, the possible penalties, defendant's constitutional and statutory rights, and the consequences of pleading guilty. Defendant acknowledged understanding these admonishments. The undersigned also addressed defendant concerning the voluntariness of the guilty plea. Finally, the undersigned assured the existence of a factual basis for the guilty plea.

Based upon the answers to the court's questions from defendant and from counsel, the magistrate judge makes the following findings:

1. defendant is competent to stand trial;

2. defendant has consented to plead guilty before a magistrate judge;

3. defendant fully understand the nature of the charge and the possible penalties;

4. defendant understands defendant's constitutional and statutory rights and desires to waive them;

5. defendant's plea is freely, knowingly and voluntarily made; and

6. there is a factual basis for the plea.

## RECOMMENDATION

Therefore, it is recommended that defendant's guilty plea be **ACCEPTED** and that a judgment of guilt be entered against defendant.

## INSTRUCTIONS ON SERVICE AND NOTICE OF RIGHT TO APPEAL/OBJECT

The United States District Clerk shall serve a copy of this Memorandum on all parties either by: (1) certified mail, return receipt requested, or (2) facsimile if authorization to do so is on file with the Clerk. Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b), FED.R. CIV.P., any party who desires to object to this report must serve and file written objections to the Memorandum and Recommendation within **10 days** after being served with a copy unless this time period is modified by the district court. A party filing objections must specifically identify those findings, conclusions or recommendations to which objections are being made and the basis for such objections; the district court need not consider frivolous, conclusive or general objections. **Such party shall file the objections with the clerk of the court, and the objections on all other parties and the magistrate judge.** A party's failure to file written objections to the proposed findings, conclusions and recommendations contained in this report shall bar the party from a <u>de</u>

2

novo determination by the district court. <u>See</u> <u>Thomas v. Arn</u>, 474 U.S. 140, 150, 106 S.Ct. 466, 472 (1985). Accordingly, any failure to file written objections to the proposed findings, conclusions and recommendation contained in the Memorandum and Recommendation within 10 days after being served with a copy shall bar the aggrieved party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. <u>Acuna v. Brown & Root, Inc.</u>, 200 F.3d 335, 340 (5th Cir. 2000); <u>Douglass v. United Services Automobile Association</u>, 79 F. 3d 1415, 1438-29 (5th Cir. 1996).

**ORDERED, SIGNED AND ENTERED** this _____ day of July, 2005.

_____
**Pamela A. Mathy**
**United States Magistrate Judge**

3